UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERTO GARZA-MARTINEZ,<br><br>　　　　　*Petitioner*,<br><br>vs.<br><br>GREG SMITH, *et al.*,<br><br>　　　　　*Respondents*. | Case No. 3:14-cv-00109-HDM-WGC<br><br>ORDER |

　　　　This is a habeas action pursuant to 28 U.S.C. § 2254. The court appointed the Federal Public Defender to represent petitioner (#13). Before the court is petitioner's counseled motion to voluntarily dismiss his habeas petition (#14). Petitioner has also filed a declaration in both English and Spanish explaining that, after consulting with counsel, he wishes to voluntarily dismiss this action (#15). Petitioner further indicates that he understands that such dismissal will bar him from seeking further federal habeas review. *Id*. at 2. Respondents do not oppose (#16).

　　　　**IT THEREFORE IS ORDERED** that petitioner's voluntary motion to dismiss the petition (#14) is **GRANTED**. The petition is dismissed with prejudice.

　　　　**IT FURTHER IS ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

　　　　DATED: February 24, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HOWARD D. MCKIBBEN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge